**FILED**

AUG 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric, *et al.*
Plaintiff,

vs.

Stevenson R.
Defendant.

CASE NO. CV 08 3724

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  *In the year of 2000 at San Quentin State*
4  *Prison I had no pay No. Prior to that I'm home-*
5  *less and disable (ADA)*

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.  Business, Profession or      Yes ___ No ✓
9           self employment
10     b.  Income from stocks, bonds,      Yes ✓ No ___
11          or royalties?
12     c.  Rent payments?      Yes ___ No ✓
13     d.  Pensions, annuities, or      Yes ___ No ✓
14          life insurance payments?
15     e.  Federal or State welfare payments,      Yes ___ No ✓
16          Social Security or other govern-
17          ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  *$13.00 from my Aunt on 1-14-08 serial No.*
21  *2004 79669335*

22  3.  Are you married?      Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.  a.  List amount you contribute to your spouse's support: $ *N/A*
28      b.  List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home?    Yes ___ No ✓
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash?  Yes ___ No ✓ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ N/A       Utilities: N/A
Food: $ N/A       Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1 | **N/A** _____

2 | _____

3 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in

4 | other lawsuits?   Yes ✓   No ___

5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6 | they were filed.

7 | **CV-20505-JF-530; CV-00752-JF-550**

8 | _____

9 |      I consent to prison officials withdrawing from my trust account and paying to the court the

10 | initial partial filing fee and all installment payments required by the court.

11 |      I declare under the penalty of perjury that the foregoing is true and correct and understand

12 | that a false statement herein may result in the dismissal of my claims.

13 |

14 | **7-7-08**                      **T. Bradshaw**

15 |        DATE                              SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.98</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.98</u>.     (20%= $0.20)

Dated: 7/14/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____K. leppin_____
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.         *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.85 | 5.85 | 0.00 | 0.30 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT AVAILABLE BALANCE
0.30-

```
REPORT ID: TS3030 .701                                          REPORT DATE: 07/14/08
                                                                PAGE NO:           1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER  : P20045                     BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME    : BLOODSAW, THEOPRIC KENT    ACCOUNT TYPE: I
PRIVILEGE GROUP : C
                                TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION       COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------       -------     ---------   --------   -----------   -------

01/01/2008    BEGINNING BALANCE                                                      0.00
01/14*DD30 CASH DEPOSIT    2981 #138                        5.85                     5.85
01/15  W516 LEGAL COPY CH  3013                                         1.90         3.95
01/17  W512 LEGAL POSTAGE  3049                                         0.20         3.75
01/17  W512 LEGAL POSTAGE  3049                                         1.31         2.44
01/22  W513 MISC. CHARGES  3121                                         0.20         2.24
01/31  W919 REVERSE LEGAL  3295/3049                                    1.27-        3.51
01/31  W215 FEDERAL FILIN  3295 1/14                                    1.17         2.34
01/31  W212 FEDERAL FILIN  3295 1/14                                    1.17         1.17
01/31  W212 FEDERAL FILIN  3295 1/14                                    1.17         0.00

                                CURRENT HOLDS IN EFFECT
   DATE         HOLD
  PLACED        CODE        DESCRIPTION           COMMENT           HOLD AMOUNT
 ---------      ----     ------------------     -----------        ------------
 02/05/2008     H116     FEDERAL FILING FEE HOLD   3408 INI            0.30

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                        CASE NUMBER: YA053506
COUNTY CODE: LA                                 FINE AMOUNT: $     250.00

  DATE         TRANS.    DESCRIPTION                TRANS. AMT.     BALANCE
--------       ------    -----------               ------------    --------

01/01/2008    BEGINNING BALANCE                                      240.00
01/14/08      DR30      REST DED--CASH DEPOSIT         6.50-         233.50
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE